UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

|  |  |
|---|---|
| **YEKATERINA SKIDANENKO, ET. AL.** | Plaintiff,<br>**CIVIL ACTION# 20-CV-01550** |
| **--- AGAINST ---** | **AFFIDAVIT OF SERVICE** |
| **EQUINOX HOLDINGS, INC., ET. AL.** | Defendant, |

---

STATE OF NEW YORK)
                                    )SS.
COUNTY OF ALBANY )

BILLIE JO WILLIAMS being duly sworn, deposes and says:

That  is over the age of eighteen years and is not a party to this action.

That on the 8th day of April, 2020,  served the Summons in a Civil Action and Complaint at 12:00 p.m. on EQUINOX HOLDINGS, INC., an authorized foreign corporation, one of the defendants in this action by personally delivering to and leaving with a person, COLLEEN BANAHAN, white female, short brown hair, light eyes, approximately 28 years old, 5'6 tall, and 250 lbs. authorized by the Secretary of State to receive such service, at the office of the Department of State in the City of Albany, New York, duplicate copies thereof together with the sum of $40.00 (forty dollars), the statutory fee.

BILLIE JO WILLIAMS

Sworn before me this
8th day of April, 2020

LAWRENCE A. KIRSCH
    4787475
Notary Public - State of New York
Residing in Albany County
Commission Expires May 31, 2023