# JacksonLewis

Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville NY  11747
(631) 247-0404 Direct
(631) 247-0417 Fax
jacksonlewis.com

MY DIRECT DIAL IS:  (631) 247-4661
MY EMAIL ADDRESS IS:  NOEL.TRIPP@JACKSONLEWIS.COM

August 7, 2020

**VIA OVERNIGHT & ELECTRONIC MAIL**
(**jaronauer@aronauerlaw.com**)

Mr. Jacob Aronauer
The Law Offices of Jacob Aronauer
225 Broadway, Suite 307
New York, New York 10007

           Re:    Skidanenko, et al. v. Equinox Holdings, Inc., et al
                    Civil Action No.: 20-01550 (WFK)(CLP)

Dear Mr. Aronauer:

      As you know, we represent Defendant Equinox Holdings, Inc. in the above-captioned matter.  Pursuant Rule III(G) of Hon. William F. Kuntz's Individual Rules of Practice and the Court-ordered briefing schedule, enclosed please find Defendant's Notice of Motion to Dismiss; Declaration of Noel P. Tripp in Support of Defendant's Motion to dismiss and the exhibit attached thereto; and, Defendant's Memorandum of Law in Support of Its Motion to Dismiss.  Per the Court's rules, this letter only will be lodged via ECF, and the motion papers filed on the date the motion is fully briefed.

                                   Very truly yours,

                                   JACKSON LEWIS P.C.

                                   *Noel P. Tripp*

                                   Noel P. Tripp

NPT:dc
Enclosures
cc:    Hon. District Judge William F. Kuntz, II (*via ECF*)

4842-7624-5191, v. 2