The Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

April 12, 2021

**Via ECF**
Hon. William F. Kuntz, II
United States District Court
Eastern District of New York
Brooklyn, NY 11201

Re:   Skidaneko v. Equinox Holdings, Inc. et al.
      20-cv-01550 (WFK) (RLM)

Dear Judge Kuntz:

    This office represents Plaintiff in the above captioned matter. While mindful of the Court's busy docket and the current pandemic, I respectfully remind the Court that Defendants' motion to dismiss is still pending before the Court. The motion to dismiss was fully briefed on November 6, 2020 and this action was commenced more than a year ago.

    On behalf of my client, I respectfully request a status update on Defendants' motion to dismiss.

Respectfully submitted,

/s/ Jacob Aronauer
Jacob Aronauer
*Attorney for Plaintiff*

**Via ECF**
*All Attorneys on Record*